No. 1293. WILSON *v*. RAGEN, WARDEN. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 1343. SHOTKIN *v*. POMEROY ET AL. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

No. 1359. JOHNSON *v*. RAGEN, WARDEN. June 2, 1947. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 1364. ROBERTS *v*. RAGEN, WARDEN. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 1375. HAYES *v*. RAGEN, WARDEN. June 2, 1947. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 1379. JOHNSON *v*. CLOW. June 2, 1947. Petition for writ of certiorari to the Supreme Court of New York, Appellate Division, denied.